Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Karen A. Braje (SBN 193900)
kbraje@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
Anthem Blue Cross Life and Health Insurance
Company (erroneously sued as "Anthem")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG HANSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. LORANCE LEVY; DR. GENEVIEVE ESTILO; MARIN NEPHROLOGY; MARIN GENERAL HOSPITAL; ANTHEM; SUTTER HEALTH; SATELLITE DIALYSIS; and MEDICARE,<br><br>        Defendants. | No.: 3:17-cv-03473-WHO<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>Compl. Filed: April 4, 2017<br>Removal Date: June 15, 2017<br>Trial Date: Not Yet Set<br><br>Honorable William H. Orrick |

Plaintiff Gregg Hansen ("Plaintiff") and Defendants Centers for Medicare and Medicaid Services ("CMS") and Anthem Blue Cross Life and Health Insurance Company ("Anthem") (collectively "Defendants") respectfully request that the Court modify the briefing schedule associated with Defendants' Motions to Dismiss which are set for hearing on August 30, 2017. The basis for this request and supporting stipulation is set forth below.

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on July 6, 2017 (Docket No. 17);

WHEREAS, all Defendants filed Motions to Dismiss the FAC and set the motions for hearing on August 30, 2017 (Docket Nos. 20, 21 and 23);

WHEREAS, the Court continued the initial case management conference to August 30, 2017, to take place at the same time as the hearing on the pending Motions to Dismiss (Docket No. 22);

WHEREAS, Plaintiff's response to CMS' Motion to Dismiss and Anthem's Motion to Dismiss was due to be filed and served on August 2, 2017;

WHEREAS, Plaintiff requested a two-week extension of time up to and including <u>August 16, 2017</u>, to respond to the CMS Motion to Dismiss and Anthem's Motion to Dismiss;[1]

WHEREAS, Defendants agree to stipulate that Plaintiff may have until August 16, 2017, to respond to the Motions to Dismiss provided that Defendants have up to and including August 23, 2017, to file their Reply Briefs;

---

[1] Plaintiff contacted counsel for Anthem on August 3, 2017, to say that he had only received a copy of Anthem's Motion to Dismiss the day before. Plaintiff also contacted counsel for CMS on August 3, 2017, with an identical message. Counsel for Anthem responded that its file reflects delivery of the copy of the Motion to Dismiss that was served at the time of filing several weeks before. Counsel for CMS has not yet confirmed the service date. In any event, and rather than dispute the issue, the parties have agreed to approach the Court to request a modified briefing schedule.

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS

NOW THEREFORE, the undersigned parties stipulate as follows:

Plaintiff's deadline to respond to the CMS Motion to Dismiss (Docket No. 21) and Anthem's Motion to Dismiss (Docket No. 20) shall be extended up to and include <u>August 16, 2017</u>. Defendants CMS and Anthem's deadline to file any Reply Briefs shall be extended up to and include <u>August 23, 2017</u>.

**IT IS SO STIPULATED.**

DATED: August ___, 2017.

                GREGG HANSEN, *in pro per*

By: _____
    Gregg Hansen

DATED: August ___, 2017.

BRIAN J. STRETCH
United States Attorney

By:  */s/ Robin M. Wall*
    ROBIN M. WALL
    Assistant United States Attorney
    Attorneys for Defendant
    Centers for Medicare and Medicaid Services
    Nephrology

DATED: August ___, 2017.

REED SMITH LLP

By: /s/ Karen A. Braje
    Kenneth N. Smersfelt
    Karen A. Braje
    Attorneys for Defendant
    Anthem Blue Cross Life and Health Insurance
    Company (erroneously sued as "Anthem")

**ORDER**

Pursuant to the parties' stipulated request to modify the briefing schedule, it is hereby ordered that: Plaintiff's deadline to respond to the CMS Motion to Dismiss (Docket No. 21) and Anthem's Motion to Dismiss (Docket No. 20) shall be extended up to and include August 16, 2017. Defendants CMS and Anthem's deadline to file any Reply Briefs shall be extended up to and include August 23, 2017.

SO ORDERED.

Dated: August 8, 2017

HON. WILLIAM H. ORRICK
United States District Judge