UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG HANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN GENERAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-cv-03473-WHO<br><br>**ORDER DISMISSING CASE** |

Given plaintiff's death and notice of that death entered on the record of this case over 90 days ago, as well as the failure of anyone to move to substitute in for the decedent's successor or personal representative, this case is dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).

**IT IS SO ORDERED.**

Dated: January 6, 2020

William H. Orrick
United States District Judge